UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 11-00272 JVS (OPx) | Date | May 2, 2011 |
| Title | Raymund G. Marcelo, et al. V. Anchor Funding, et al. | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present      None Present

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

      **On March 28, 2011, the Court granted defendant's motion to dismiss. Plaintiff was granted 30 days to amend the complaint. As of today, an amended complaint has not been filed.**

      **The Court hereby ORDERS plaintiff to show cause, in writing, not later than Monday, May 17, 2011, why this action should not be dismissed for lack of prosecution. Filing of the amended complaint shall be deemed a response to this Order to Show Cause.**

     :    00

Initials of Preparer    kjt