JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond G. Marcelo, et al., | EDCV 11-00272-JVS(OPx) |
| Plaintiff, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| Anchor Funding, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on ____May 2, 2011____ as to why this action should not be dismissed for lack of prosecution, with a written response due on May 17, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: May 18, 2011

_____
James V. Selna
United States District Judge